UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  JAN 8 - 2019  ★

BROOKLYN OFFICE
```

LATISHA HEWITT,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*

              Plaintiffs,

v.

SAMARITAN DAYTOP VILLAGE, INC,

              Defendants.

Case No.: 18-cv-5020

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff is hereby dismissed, without prejudice, in their entirety as against all Defendants, for the reasons set forth in the attached letter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: January 4, 2019
       New York, New York
For the Plaintiffs:

By: _____
William Brown, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 661-1309
will@leelitigation.com

**SO ORDERED:**

Dated: __1/4/19__

/s/(ARR)
_____
United States District Judge